◼ In the Matter of HENRY ESPINAL, Petitioner, v DONALD VENETTOZZI, as Acting Director of Special Housing and Inmate Disciplinary Programs, Respondent. [50 NYS3d 895]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision finding petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

Garry, J.P., Lynch, Rose, Devine and Aarons, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.